## ATLANTIC COAST LINE R. CO. v. McEACHERN.  (4 Div. 780.)

(Court of Appeals of Alabama.  Nov. 14, 1922.)

**Railroads &#9758;446(3)—Negligence as to animal question for jury.**

Where plaintiff made out a prima facie case, entitling him to recover for the negli-gent killing of a mule, the question whether defendant had acquitted itself of negligence, as provided by Code 1907, § 5476, was for the jury.

Appeal from Circuit Court, Houston County; H. A. Pearce, Judge.

Action by A. W. McEachern, administrator, etc., against the Atlantic Coast Line Railroad Company. From a judgment for plaintiff, defendant appeals. Affirmed.

Arrington & Arrington, of Montgomery, for appellant.

T. M. Espy, of Dothan, for appellee.

SAMFORD, J. Action for damages for negligent killing of a mule. The plaintiff, by undisputed evidence, made out his prima facie case, which entitled him to a recovery, unless defendant acquitted itself of negligence, as is provided by section 5476 of the Code of 1907. This, under the evidence in this case, was a question for the jury. The court did not commit error in refusing to give, at the request of the defendant, the general affirmative charge.

We find no error in the record, and the judgment is affirmed.